JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER ANTONIO FUENTES, | NO. CV 11-8467 CJC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEPARTMENT OF HOMELAND SECURITY, Warden | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 19, 2011.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE